JOHN E. CIRASELLA. *ET UX.* (AND 19 OTHERS), PLAINTIFFS-RESPONDENTS, v. VILLAGE OF SOUTH ORANGE, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued October 26, 1959—Decided November 2, 1959.

524

*Mr. Arthur L. Troast* argued the cause for defendant-appellant (*Messrs. McCarter & English,* attorneys; *Mr. Ward J. Herbert,* of counsel).

*Mr. Richard M. Sandler* argued the cause for plaintiffs-respondents (*Mr. Alan V. Lowenstein,* attorney; *Mr. Sandler* on the brief).

Before Judges GOLDMANN, CONFORD and FREUND.

PER CURIAM. The judgment appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Judge Waugh.